(127 So. 923)

### Brown McCLELLAN v. STATE.
### 8 Div. 857.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Dismissed April 8, 1930.

J. N. Powell, of Falkville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

We have examined the record in this case, and, while there are some exceptions reserved to the admission of testimony, every ruling of the court is clearly without error.

Charges refused to defendant were either erroneous or were substantially covered by the court in its oral charge.

We find no prejudicial error in the record, and the judgment is affirmed.

Affirmed.

(127 So. 923)

### William McCELLAN v. STATE.
### 8 Div. 917.

Court of Appeals of Alabama.
March 25, 1930.

Rehearing Dismissed April 8, 1930.

J. N. Powell, of Falkville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

The proceedings in the court below upon this trial, as shown by the record proper upon which this appeal is rested, appear regular in all respects. There is no bill of exceptions. The conviction of appellant was for the offense of distilling, making, or manufacturing alcoholic or spirituous liquors, etc., and in the second count for the unlawful possession of a still to be used for that purpose.

No error appearing, the judgment of conviction from which the appeal was taken will stand affirmed.

Affirmed.

(124 So. 923)

### Lucius McCOY v. STATE.   (4 Div. 553.)

Court of Appeals of Alabama.   Nov. 26, 1929.

RICE, J.   Affirmed.

(128 So. 919)

### John McCRARY v. STATE.
### 7 Div. 693.

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, P. J.
Affirmed.

(120 So. 925)

### Willie McCRARY v. STATE.   (8 Div. 710.)

Court of Appeals of Alabama.   Feb. 5, 1929.

SAMFORD, J.   Affirmed.

(128 So. 919)

### Willie McCRARY v. STATE.
### 8 Div. 28.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.
See, also, ante, p. 652, 120 So. 925.